538 U.S. 1066
 GERALDO-BURGOIN
v.
UNITED STATES.
GARCIA-RUBIO
v.
UNITED STATES.
RODRIGUEZ-GONZALEZ
v.
UNITED STATES.
PEREZ-PARAMO
v.
UNITED STATES; and
MOLINERO-JIMENEZ
v.
UNITED STATES.
 No. 02-10308.
 Supreme Court of United States.
 May 27, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.
 
 
 2
 C.A. 9th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 647 (second and third judgments), 648 (fifth judgment), and 659 (first and fourth judgments).